UNITED STATES of America, Plaintiff-Appellee, v. Salvatore MORETTI, Defendant-Appellant.
No. 262.

Circuit Court of Appeals, Second Circuit.
Dec. 18, 1933.

Thomas E. Dewey, U. S. Atty., of New
York City (Barent Ten Eyck and Nicholas

T. Rogers, both of New York City, of counsel), for the United States.

Louis Halle, of New York City (Louis Halle and Milton R. Kroopf, both of New York City, of counsel), for appellant.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order and judgment affirmed.